JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

GUADALUPE ANDRADE,                )    Case No. SACV 19-00014-JEM
                                  )
                 Plaintiff,       )
                                  )    **JUDGMENT**
        v.                        )
                                  )
ANDREW M. SAUL,                   )
Commissioner of Social Security,  )
                                  )
                 Defendant.       )
_____    )

      In accordance with the Memorandum Opinion and Order Reversing Decision of the

Commissioner of Social Security filed concurrently herewith,

      IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is

REVERSED and this case REMANDED for further proceedings in accordance with the

Memorandum Opinion and Order and with law.


DATED:  November 26, 2019                    _____
                                                  */s/ John E. McDermott*
                                             JOHN E. MCDERMOTT
                                             UNITED STATES MAGISTRATE JUDGE